

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

David Bryan Winters,              * From the 259th District Court
                                    of Jones County,
                                    Trial Court No. 011032.

Vs. No. 11-16-00238-CR           * October 6, 2016

The State of Texas,              * Per Curiam Memorandum Opinion
                                    (Panel consists of: Wright, C.J.,
                                    Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.